B3A (Official Form 3A) (12/07) - Cont.

United States Bankruptcy Court
Northern District of Ohio

FILED
10 JUN 21 AM 9:02
US BANKRUPTCY
NORTHERN DISTRICT OF OHIO

IN RE:                                                              Case No. 10-15963

Sheehan, David Paul & Sheehan, Linda Lee                            Chapter 7
                    Debtor(s)

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☒ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one      ☐ With the filing of the petition, or
                                   ☐ On or before _____

$ _____    on or before _____
$ _____    on or before _____
$ _____    on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: 6/21/10

ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 03-4
KENNETH J. HIRZ, CLERK OF BANKRUPTCY COURT
BY /s/ Dorothea Hutchins
*United States Bankruptcy Judge*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only