**Apprisen** | **Consumer Credit**
Financial Advocates | **Counseling Service**

# David Sheehan

has completed the course

Choices

June 19, 2010

Verification code: qLh2afSwtN