**Apprisen**
Financial Advocates

**Consumer Credit Counseling Service**

# Linda Sheehan

has completed the course

## Choices

June 20, 2010

Verification code: z5722UxrYm