Dated: 01 July 2010  11:04 AM

ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO.
03-4, KENNETH J.HIRZ, CLERK OF BANKRUPTCY COURT
BY: /s/ Dorothea Hutchins
**Deputy Clerk**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

In re:  David Paul and Linda Lee Sheehan

　　　　Debtor(s).

Case No:  10-15963

Chapter 7 Case
Judge: Randolph Baxter

It appearing to the Court that the Debtor(s) failed to:

____ file a plan within the time required by Bankruptcy Rule 3015.Fed. R. Bankr. P

____ file matrix/list of creditors

____ file schedules and statements as required by 11 U.S.C. § 521(a) within the time required by Bankruptcy Rule 1007(c) Fed. R. Bankr. P

____ pay filing fees of  ☐ $274 for Chapter 13  ☐ $299 for Chapter 7

____ pay filing fee installment(s) as required by this Court's order.

____ file a Form B21 as required by Rule 1007(f)Fed. R. Bankr. P

  X  file Declaration RE: Electronic Filing as required by General Order 02-2.

____ file the correct petition (Official Form 1 4/10).

____ file Certificate of Credit Counseling as required by 11 U.S.C. § 521 (b)(1).

____ file Means Test as required by 11 U.S.C. § 521 (a)(1), Rule 1007 (b) & (c).Fed. R. Bankr. P

____ file Form B201 Notice to Individual Consumer Debtor Under § 342 (b), as required by 11 U.S.C. § 521 (a)(1).

____ file Statement Disclosing Attorney Compensation as required by 11 U.S.C. § 330 Rule 2016 (a).

____ file Statement Disclosing Petition Preparer Compensation as required by 11 U.S.C. § 110 (h).

____ file payment advices received 60 days before the date of the filing of the petition required by 11 U.S.C. § 521 (a)(1), Rule 1007 (b) & (c) Fed. R. Bankr. P

____ Other:

　　　WHEREFORE, counsel for the Debtor(s) is ordered to appear at a hearing scheduled for July 13, 2010 at 9:00a.m., Courtroom 2B, Howard M. Metzenbaum U.S. Court House, 201 Superior Avenue, Cleveland, Ohio 44114-1235, and show cause why this case should not be dismissed or converted to a case under Chapter 7 or Chapter 13 for the failure(s) described above.  In addition to counsel, Debtor(s) is/are ordered to appear personally where this order is entered based on a failure to pay the filing fee or to appear at the meeting of creditors.

**FILING THE DOCUMENTS OR PAYING THE FEE WILL NOT EXCUSE THE ATTENDANCE AT THIS HEARING.**

Served the following parties via. - Pamela I Theodotou  - Debtor(s) Attorney
　　　　　　　　　　　　　　　　David Paul and Linda Lee Sheehan,  - debtor
　　　　　　　　　　　　　　　　Steven Davis - Trustee

By: /s/ Dorothea Hutchins

Date:  July 1, 2010