## Northern District Of Ohio
## United States Bankruptcy Court
### 201 Superior Avenue
### Cleveland, OH 44114−1235
**Case No. 10−15963−rb**

**In re:**

David Paul Sheehan
111 BURLINGTON OVAL
CHARDON, OH 44024

Linda Lee Sheehan
111 BERLINGTON OVAL
CHARDON, OH 44024

**Social Security No.:**

xxx−xx−0753

xxx−xx−2349

## NOTICE OF HEARING

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
8/17/10 @ 9:00 a.m. H.M. Metzenbaum
#2B − Judge Baxter Courtroom

To consider and act upon the following matters:

Motion to Dismiss Case. All parties of interest are to be present.

**Dated:** July 22, 2010
Form ohnb187

For the Court
Kenneth J. Hirz, Clerk