Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 10−15963−rb**

**In re:**

| | |
|---|---|
| David Paul Sheehan | Linda Lee Sheehan |
| 111 BURLINGTON OVAL | 111 BERLINGTON OVAL |
| CHARDON, OH 44024 | CHARDON, OH 44024 |

**Social Security No.:**

xxx−xx−0753                                                                                          xxx−xx−2349

# NOTICE OF HEARING

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
8/17/10 @ 9:00 a.m. H.M. Metzenbaum
#2B − Judge Baxter Courtroom

To consider and act upon the following matters:

Motion to Dismiss Case. All parties of interest are to be present.

**Dated:** July 22, 2010                                                                                          For the Court
Form ohnb187                                                                                                     Kenneth J. Hirz, Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0647-1          User: ngrif              Page 1 of 1              Date Rcvd: Jul 22, 2010
Case: 10-15963                Form ID: 187             Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 24, 2010.
db/db     +David Paul Sheehan,    Linda Lee Sheehan,    111 BURLINGTON OVAL,    CHARDON, OH 44024-1453

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 24, 2010**                   Signature: *Joseph Speetjens*