**IT IS SO ORDERED.**

**Dated: 31 August, 2010 03:43 PM**

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE:                                          In Proceedings Under Chapter 7

David and Linda Sheehan,                        CASE NO: 10-15963

Debtor.                                         JUDGE RANDOLPH BAXTER

## ORDER

The Debtors, David and Linda Sheehan, was ordered by this Court to appear and show cause why the above-styled case should not be dismissed for the following: failure to pay filing fee installments as required by this Court's order. At the duly noticed hearing scheduled before this Court on July 27, 2010 at 9:00 a.m., the Debtor failed to appear at the hearing.

Accordingly, the above-styled case is hereby dismissed for want of prosecution and for violation of the Show Cause Order.

**IT IS SO ORDERED.**